# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARB PINE BROOK, LLC., et al., <br><br> Defendants. | Case No. 1:18-cv-00160 DAD JLT <br><br> **ORDER CLOSING THE CASE** |

The plaintiff has filed a notice of voluntary dismissal seeking dismissal of the action with prejudice. (Doc. 4) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 13, 2018**                         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE